USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 3/19/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LICHTER REAL ESTATE NUMBER THREE, LLC, et. al.,

Plaintiff,

-v-

EVEREST NATIONAL INSURANCE CO.,

Defendants.

No. 10 cv 244 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

Since it was reported to the Court that this action has been settled, IT IS HEREBY ORDERED that the initial conference scheduled for March 24, 2010 is canceled and this case is dismissed with prejudice but without costs. However, within thirty days of the date of this Order, any party may send a letter requesting to restore this action to the undersigned's calendar. Upon receipt of such a letter, this action will be restored.

SO ORDERED.

DATED: March 18, 2010
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE