UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LICHTER REAL ESTATE NUMBER THREE, LLC, and LICHTER & LICHTER, L.P., Plaintiffs, v. EVEREST NATIONAL INSURANCE COMPANY, Defendants. | Civil Action No. 10 Civ. 0244<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs LICHTER REAL ESTATE NUMBER THREE, LLC and LICHTER & LICHTER, L.P. and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant EVEREST NATIONAL INSURANCE COMPANY.

Dated: New York, New York
March 26, 2010

GARTNER + BLOOM, P.C.

By [signature]
Susan P. Mahon (SM 6095)
Attorneys for Plaintiffs
LICHTER REAL ESTATE
NUMBER THREE, LLC and
LICHTER & LICHTER, L.P.
801 Second Avenue – 15th Floor
New York, New York 10017
Tel. No.: (212) 759-5800